# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW DAVID MACSWAN,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
and
THE CITY OF HENDERSON,
Real Party in Interest.

No. 81727

**FILED**

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of certiorari or, alternatively a writ of mandamus challenges a district court order decision in a misdemeanor appeal. We are not satisfied that petitioner has established this court's intervention by way of an extraordinary writ is warranted. *See Zamarripa v. First Judicial Dist. Court*, 103 Nev. 638, 640, 747 P.2d 1386, 1387 (1987) (recognizing that a writ of certiorari is an extraordinary remedy and the decision to entertain such a writ lies within the discretion of this court); *Poulos v. Eighth Judicial Dist. Court*, 98 Nev. 453, 455, 652 P.2d 1177, 1178 (1982) (recognizing that it is within the discretion of this court to determine if a petition for extraordinary relief will be considered). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-41495

cc: Hon. Richard Scotti, District Judge
Henderson City Attorney
Las Vegas Defense Group, LLC
Eighth District Court Clerk